*611 Chief Justice CASTILLE,
concurring.
I concur in the result reached by the Court on the basis of my Dissenting Opinion in the companion case, Commonwealth v. Molina, 628 Pa. 465, 104 A.3d 430, 2014 WL 6477607 (2014). Because this case involves a pre-arrest scenario, in my view, the reference to appellant’s pre-arrest silence during the course of the police investigation did not impinge upon his constitutional rights, irrespective of whether the prosecution later exploited the reference. In the alternative, I agree with Mr. Justice Baer’s explanation of why the reference at issue did not implicate the right to silence, even if such a right could be said to obtain in the pre-arrest scenario.